IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC GARFIELD WILLIAMS,

    Petitioner,                    2:08-cv-1966-GEB-DAD-P

    vs.

SOLANO COUNTY SUPERIOR COURT,

    Respondent.                  <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's October 29, 2008 dismissal of his application for a writ of habeas corpus for failure to exhaust state remedies. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

///

1

1    Where, as here, the petition was dismissed on procedural grounds, a certificate of
2    appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it
3    debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
4    reason would find it debatable whether the petition states a valid claim of the denial of a
5    constitutional right.'"  <u>Morris v. Woodford</u>, 229 F.3d 775, 780 (9th Cir. 2000) (quoting <u>Slack v.</u>
6    <u>McDaniel</u>, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)).

7    After careful review of the entire record herein, this court finds that petitioner has
8    not satisfied the first requirement for issuance of a certificate of appealability in this case.
9    Specifically, there is no showing that jurists of reason would find it debatable whether petitioner
10   has exhausted state remedies.  Accordingly, a certificate of appealability should not issue in this
11   action.

12   IT IS SO ORDERED.

13   Dated: November 17, 2008

15   _____
     GARLAND E. BURRELL, JR.
16   United States District Judge